# United States Court of Appeals
## For the First Circuit

No. 23-1078

PAUL JONES,

Plaintiff - Appellant,

v.

SANDRA ROBINSON,

Defendant - Appellee,

THE BANK OF NEW YORK, Trustee for The Certificate Holders CWABS, Inc., Asset-Backed Certificate, Series 2004-7; SELECT PORTFOLIO SERVICING, INC.,

Defendants.

**ORDER OF COURT**

Entered: March 17, 2023
Pursuant to 1st Cir. R. 27.0(d)

Appellant is presently in default for failure to file a brief. It is ordered that if a brief is not filed on or before **March 31, 2023**, this case will be dismissed in accordance with 1st Cir. R. 45.0(a) for lack of prosecution.

By the Court:

Maria R. Hamilton, Clerk

cc:
Peter Francis Carr II
Paul M. Jones
Carson Milley Shea